**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

ENRIQUE VIDAL GOMEZ,

      Petitioner,

v.                                                    Case No. 2:26-cv-02039-MSN-cgc

WARDEN TRINITY MINTER,

      Defendant.

---

**ORDER DIRECTING CLERK TO MODIFY DOCKET AND DIRECTING
GOVERNMENT TO RESPOND**

---

On January 9, 2026, Petitioner Enrique Vidal Gomez, an alien detained in the West Tennessee Detention Facility in Mason, Tennessee, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1, "Petition.") However, at the time of filing, he had not yet paid the mandatory filing fee. Accordingly, this Court issued an order to show cause, directing Petitioner to show cause why the Petition should not be dismissed for failure to prosecute. (ECF No. 5.) He has since paid the filing fee. (ECF No. 6.) The Court will exercise its discretion to proceed in considering the Petition despite Petitioner's late filing.

As an initial matter, the proper respondent in this matter is the United States Immigration and Customs Enforcement ("ICE") District Director for the district in which the alien is being detained. *See Roman v. Ashcroft*, 340 F.3d 314, 320–22 (6th Cir. 2003). Christopher Bullock is the New Orleans Field Office Director for ICE Enforcement and Removal Operations.[1] The Clerk

---

[1] *See Besharat v. Ladwig*, No. 2:26-cv-02281-MSN-atc (W.D. Tenn.), ECF No. 8, n.1.

is therefore **DIRECTED** to terminate "Warden Trinity Minter" and substitute Christopher Bullock as respondent.

Further, because Petitioner has alleged that he is "awaiting [a] green card" and has a "work permit which is valid until 2030," *see* ECF No. 2 at PageID 3, the Court has determined that an expedited response will assist in resolving the petition and the requests for a temporary restraining order. Accordingly, the Government is **ORDERED** to file its response by Friday, May 8, 2026.

**IT IS SO ORDERED**, this 30th day of April, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

2